| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Oliver Jr., Solomon | U.S. District Court | 07/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Carl B. Stokes US Court House
801 West Superior Avenue, Suite 17A
Cleveland, OH 44113-1838

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | College of Wooster |
| 2. | Section Delegate, ABA House of Delegates | American Bar Association Section of Legal Education and Admissions to the Bar |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 07/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Evidence Drafting Committee Multi-State Bar Examination | $7,000.00 |
| 2. | 2018 | Ohio State Teacher's Retirement System | $26,164.08 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2/3-2/6 | Vancouver, Canada | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 2. | American Bar Association | 2/7-2/10 | San Antonio, TX | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 3. | National Conference of Bar Examiners | 3/15-3/18 | Charleston, SC | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 4. | American Bar Association | 5/10-5/13 | Washington, DC | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 5. | American Bar Association | 8/1-8/7 | Chicago, IL | Activity of prof. org. | Travel, lodging, food in conjunction with program |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Oliver Jr., Solomon | 07/01/2019 |

| 6. | National Conference of Bar Examiners | 9/6-9/9 | Minneapolis, MN | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
|---|---|---|---|---|---|
| 7. | American Bar Association | 9/12-9/15 | St. Louis, MO | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 8. | American Bar Association | 11/14-11/17 | Atlanta, GA | Acitvity of prof. org. | Travel, lodging, food in conjunction with program |
| 9. | Duke Law School | 4/25-4/27 | Durham, NC | Activity of prof. org. | Travel, lodging, food in conjunction with program |
| 10. | Texas A & M University | 2/15-2/17 | Forth Worth, TX | Activity of prof. org. | Travel, lodging, food in conjunction with program |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 07/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 2. Bank of America | A | Dividend | J | T | | | | | |
| 3. Bank of NY M | A | Dividend | J | T | | | | | |
| 4. Cardinal Health | A | Dividend | J | T | | | | | |
| 5. EnPro | A | Dividend | J | T | | | | | |
| 6. Express Scripts | A | Dividend | | | Redeemed | 12/21/18 | J | C | |
| 7. Cigna (formerly Express Scripts) | A | Dividend | J | T | | | | | |
| 8. Hewlett-Packard | A | Dividend | J | T | | | | | |
| 9. Honeywell International | A | Dividend | K | T | | | | | |
| 10. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 11. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 12. New Jersey Resources | B | Dividend | K | T | | | | | |
| 13. Nextera Energ | B | Dividend | L | T | | | | | |
| 14. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 15. Progress Energy | A | Dividend | J | T | | | | | |
| 16. Royal Dutch Shell B | A | Dividend | J | T | | | | | |
| 17. Cohen & Steers Infrastructure Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Mun Valve Fund | A | Dividend | J | T | | | | | |
| 19. Nuveen OH Quality Income Municipal Fund | A | Dividend | J | T | | | | | |
| 20. Blackrock Euro Fund Investor | A | Dividend | J | T | | | | | |
| 21. Schwab Investor Checking | A | Interest | K | T | | | | | |
| 22. AT&T common | B | Dividend | K | T | | | | | |
| 23. Bristol Meyers common | B | Dividend | L | T | | | | | |
| 24. Coca Cola common | B | Dividend | L | T | | | | | |
| 25. Morgan Stanley Dean Witter common | A | Dividend | J | T | | | | | |
| 26. Ford common | A | Dividend | J | T | | | | | |
| 27. General Electric common | A | Dividend | L | T | | | | | |
| 28. Goodyear common | A | Dividend | J | T | | | | | |
| 29. Home Depot common | B | Dividend | L | T | | | | | |
| 30. Federated Department Stores common | A | Dividend | J | T | | | | | |
| 31. Merck common | B | Dividend | K | T | | | | | |
| 32. Nike common | C | Dividend | N | T | | | | | |
| 33. WalMart common | B | Dividend | L | T | | | | | |
| 34. Putnam Global Equity | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Ohio Tax Free | A | Interest | K | T | | | | | |
| 36. CREF Global Equities R2 403(b) | C | Dividend | M | T | | | | | |
| 37. TIAA Access Wellington T1--403(b) | C | Interest | M | T | | | | | |
| 38. Traditional 403(b) | C | Interest | N | T | | | | | |
| 39. Ohio Savings Bank Accounts | A | Interest | L | T | | | | | |
| 40. DWS Scudder International Fund | B | Dividend | J | T | | | | | |
| 41. Vodaphone | B | Dividend | J | T | | | | | |
| 42. Pepsico | C | Dividend | M | T | | | | | |
| 43. Allstate | A | Dividend | K | T | | | | | |
| 44. YUM (formerly Tricontinental Global) | A | Dividend | K | T | | | | | |
| 45. Resource Careers, Inc. 401K Vanguard 500 | A | Dividend | J | T | | | | | |
| 46. Cisco | A | Dividend | J | T | | | | | |
| 47. Zimmer | A | Dividend | J | T | | | | | |
| 48. Lowes | B | Dividend | L | T | | | | | |
| 49. Pfizer | A | Dividend | J | T | | | | | |
| 50. Comcast | A | Interest | J | T | | | | | |
| 51. Vanguard Intermediate Term Tax-Exempt Fund | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard 500 Index | B | Dividend | L | T | | | | | |
| 53. Vanguard Small Cap Index | B | Dividend | L | T | | | | | |
| 54. Fidelity Balance, IRA | B | Dividend | L | T | | | | | |
| 55. Fidelity Capital Appreciation, IRA | D | Dividend | M | T | | | | | |
| 56. T. Rowe Price Equity Income | C | Dividend | L | T | | | | | |
| 57. T. Rowe Price Retirement 20/20 | B | Dividend | L | T | | | | | |
| 58. Vanguard Total International Stock Fund | B | Dividend | K | T | | | | | |
| 59. Vanguard Wellington | C | Dividend | M | T | | | | | |
| 60. Vanguard Wellesley | C | Dividend | M | T | | | | | |
| 61. Vanguard Total Bond Market Index | B | Interest | K | T | | | | | |
| 62. T. Rowe Price Emerging Markets | A | Dividend | K | T | | | | | |
| 63. Intel | A | Dividend | K | T | | | | | |
| 64. Discover Financial Services | A | Dividend | J | T | | | | | |
| 65. Schwab Target 2025 Fund - IRA | B | Dividend | L | T | | | | | |
| 66. Abbvie, Inc. | A | Dividend | J | T | | | | | |
| 67. Duke Energy | A | Dividend | J | T | | | | | |
| 68. Verizon | C | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CDK Global Inc. | A | Dividend | J | T | | | | | |
| 70. Sallie Mae Bank | B | Interest | M | T | Buy | 02/28/18 | M | | |
| 71. Yum China | A | Dividend | K | T | Spinoff (from line 44) | | J | | |
| 72. Beta Hold Co. LLC | A | Dividend | K | T | Buy | 03/07/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 07/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII.

Added YUM China which was left off through inadvertence when it spun off from YUM on 10/31/2016.

Removed Royal Bank of Scotland because its value is below the threshhold for reporting.

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 07/01/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Solomon Oliver Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544